IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDIE STAUDER, as the Administratrix
of the Estate of Dinah K. Shook                                                    PLAINTIFF

v.                               CASE NO. 6:18-cv-06054

UNITED STATES OF AMERICA                                                DEFENDANT

## JUDGMENT

Before the Court is Defendant's Motion to Dismiss that has been converted into a summary judgment motion. ECF No. 6. Plaintiff has filed a response. ECF No. 8. Defendant has filed a reply. ECF No. 12. Plaintiff has filed supplemental briefing. ECF No. 18. The Court finds this matter ripe for consideration.

For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Defendant's motion (ECF No. 6) should be and hereby is **GRANTED**. Plaintiff's case is hereby **DISMISSED**.

**IT IS SO ORDERED**, this 21st day of December, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge